**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
Turner N. Falk, Esquire
**SAUL EWING LLP**
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
(215) 972-8415
*Counsel to American Textile Company, Inc.*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br>                      Plaintiff,<br>v.<br>American Textile Company, Inc.,<br>                      Defendant. | Adv. No. 24-01388 (VFP) |

**CERTIFICATION OF SERVICE**

1.     I, Turner N. Falk, Esq.:

        ☒ represent the Defendant, American Textile Company, Inc. in this matter.

        ☐ am the secretary/paralegal for _____, who represents the

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2]     Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

        _____ in this matter.

☐ am the _____ in this case and am representing myself.

2. On <u>November 22, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - American Textile Company, Inc.'s Answer

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>November 22, 2024</u>     <u>*/s/ Turner N. Falk*</u>
                                                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com | Attorneys for Plaintiff | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. L.B.R. 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

53404778.1